**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 283 MAL 2021
                          :
           Respondent             :
                          :   Petition for Allowance of Appeal
                          :   from the Order of the Superior Court
            v.                    :
                          :
                          :
JAMES O. WATSON,                :
                          :
           Petitioner               :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 2nd day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.